# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-50999 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | WILLIAM B. LOGAN, JR. |
| Case Name: | Rudolph V Moore | | | | Date Filed (f) or Converted (c): | 02/22/2016 (f) |
| | Charlise D Moore | | | | 341(a) Meeting Date: | 04/01/2016 |
| For Period Ending: | 04/04/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 Buick Rzv Mileage: 65,800 | 2,900.00 | 2,900.00 | | 0.00 | 1.00 |
| 2. 2004 Chrysler | 3,500.00 | 3,500.00 | | 0.00 | 1.00 |
| 3. One Bed; Sofa; 2 Chairs Location: 904 Reeb Avenue, Columbus | 500.00 | 0.00 | | 0.00 | FA |
| 4. Washer, Dryer, Stove, Refrigerator; 3 Tvs Location: 904 Reeb | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc Clothing Location: 904 Reeb Avenue, Columbus Oh 43207 | 300.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 7. Bridge Credit Union | 0.00 | 0.00 | | 0.00 | 1.00 |
| 8. Pers/ And Deferred Comp | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term Life/Employment | 0.00 | 0.00 | | 0.00 | FA |
| 10. Garnishment - First National Financial Services | 3,400.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $11,620.00    $6,401.00        $0.00    $4.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/04/16: The Trustee will investigate the value of two motor vehicles for possible liquidation on behalf of the bankruptcy estate. The Trustee will also seek to recover funds garnished from the debtor during the preference period. Additionally, the Trustee has requested copies of all bank account statements reflecting account balances on the date of filing and 90 days prior. TSoma

Initial Projected Date of Final Report (TFR): 04/01/2017    Current Projected Date of Final Report (TFR): 04/01/2017

Case 2:16-bk-50999    Doc 23    Filed 04/05/16    Entered 04/05/16 15:32:13    Desc
Page 2 of 2

Trustee Signature:   /s/ WILLIAM B. LOGAN, JR.      Date: 04/04/2016

WILLIAM B. LOGAN, JR.
50 W. BROAD STREET
SUITE 1200
COLUMBUS, OH 43215
(614) 229-4449
wblogan@LNLattorneys.com