Form a7nflclm
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  Rudolph V Moore
       Charlise D Moore
           Debtor(s)

SSN/TAX ID:
    xxx−xx−1897
    xxx−xx−8857

Case No.: 2:16−bk−50999

Chapter:  7

Judge:   Charles M Caldwell

---

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

**November 25, 2016**

This date does not reduce the time provided by statute for governmental units to file proofs of claim.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site:
https://www.ohsb.uscourts.gov/proofofclaim.aspx

If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form ("Official Form 410") can be obtained at www.uscourts.gov or at any bankruptcy clerk's office.  If you are filing by mail and wish to recieve proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim together with a stamped, self−addressed envelope.

There is not a fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215−2414

Dated: August 26, 2016

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                            Southern District of Ohio
In re:                                                                  Case No. 16-50999-cmc
Rudolph V Moore                                                         Chapter 7
Charlise D Moore
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0648-2           User: ecksteis              Page 1 of 3              Date Rcvd: Aug 26, 2016
                               Form ID: a7nflclm           Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db/jdb         +Rudolph V Moore,    Charlise D Moore,    904 Reeb Avenue,    Columbus, OH 43207-2070
aty            +Gregory D Delev,    Delev & Associates, LLC,    1050 Delta Avenue,    Suite 1000,
                 Cincinnati, OH 45208-3165
aty            +Louis F Kort,    338 S High St,    Columbus, OH 43215-4546
cr             +Tracir Financial Services, Inc.,     2040 Brice Rd Suite 200,    Reynoldsburg, OH 43068-3460
18043406        AEP,   P O Box 24401,    Canton, OH 44701-4401
18043407       +AEP,   POB 24417,    Canton, OH 44701-4417
18043408       +Allied Interstate LLC/ Fifth Third Bank,     POB 4000,   Warrenton, VA 20188-4000
18043411       +Bridge Credit Union,    1980 WBroad St,    Mail Stop #0000,    Columbus, OH 43223-1102
18043416        CCB Credit Services Inc,    P O Box 272,    Springfield, IL 62705-0272
18043420      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court: Choice Recovery,     1550 Old Henderson Rd St,    Columbus, OH 43220)
18043423      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,     Attn Revenue Recovery,
                 200 Civic Center Dr. - 11th Floor,     Columbus, OH 43215-4157)
18043413        Capital Recovery Systems/ Cols Pub Util,     750 Cross Pointe Rd, Ste S,
                 Columbus, OH 43230-6693
18043414       +Cascade Capital,    c/o Dynamic Recovery Solutions,    POB 25759,    Greenville, SC 29616-0759
18043417       +Central Ohio Credit Corp,    2040 Brice Road,    Reynoldsburg, OH 43068-3460
18043418       +Chase # 07070731-EA   AA,    Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
18043419       +Chase # 12661211 EA VZ,    Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
18043422       +City of Columbus - Income Tax Div.,     50 W. Gay Street - 4th Floor,    Columbus, OH 43215-9037
18043424       +Columbus State Community College,     c/o Office of the Ohio Attorney General,    150 E Gay St,
                 Columbus, OH 43215-3130
18043426       +Debt Discovery Solutions,    POB 9001,    Westbury, NY 11590-9001
18043429       +Drummond Financial Svcs/DBA Loanmax,     2280 S Hamilton Rd,    Columbus, OH 43232-4486
18043430       +Encore Receivables,    400 North Rogers Road,    Olathe, KS 66062-1212
18043432       +Eos Cca,   Po Box 981025,    Boston, MA 02298-1025
18043433       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
18043435        Fingerhut,    POB 166,    Newark, NJ 07101-0166
18043436       +First National Financial Services, Ltd,     995 S High Street,    Columbus, OH 43206-2527
18043440       +Huntington Nat Bank/ Apelles,    POB 1197,    Westerville, OH 43086-1197
18043443       +Loan Max,    3521 E Broad St,    Columbus, OH 43213-1105
18043445       +Louis N Saslaw,    POB 340336,    Columbus, OH 43234-0336
18043444       +Louis N and Lisa Z Saslaw,    c/o Dana & Pariser Co., LPA,     495 E Mound Street,
                 Columbus, OH 43215-5596
18043446       +Melvin H Banchek Co LPA,    55 Public Square, Ste 918,    Cleveland, OH 44113-1901
18043447       +Midland Cred Management,    c/o FBCS Inc,    330 S Warminster Rd, Ste 353,
                 Hatboro, PA 19040-3433
18043452       +Ohio State University,    c/o Law Offices of Robert A Schuerger Co,     243 N Fifth St., Ste 300,
                 Columbus, OH 43215-2654
18043455       +Patrick E Daulton, DDS,    1400 Elmore Ave,    Columbus, OH 43224-2722
18043458       +Riverside Methodist Hospital,    POB 182141,    Columbus, OH 43218-2141
18043459       +Salute,   Pob 105555,    Atlanta, GA 30348-5555
18043460       +Samuel McDaniel,    69 Miami Ave  #C,    Columbus, OH 43203-1800
18043461       +Second Round, LP/ Checksmart Financial C,     POB 41955,   Austin, TX 78704-0033
18043462       +Sirius XM Satellite Radio,    c/o EOS CCA,    POB 981025,    Boston, MA 02298-1025
18043463       +State of Ohio - Income Tax,    c/o Attorney General of Ohio,    150 E. Gay St., 21st Floor,
                 Columbus, OH 43215-3191
18043464        Stellar Rec,    1327 Highway 2 Wes Suite 100,    Kalispell, MT 59901
18043465       +Sunrise Credit Svcs,    POB 9100,    Farmingdale, NY 11735-9100
18043467       +Synenberg & Assoc,    55 Public Square Ste 1331,    Cleveland, OH 44113-1901
18043469       +The Bradford Exchange,    9333 Milwaukee Avenue,    Niles, IL 60714-1392
18043470       +The Danbury Mint,    POB 371323,    Pittsburgh, PA 15250-7323
18043471       +The Hamilton Collection,    9204 Center for the Arts Drive,    Niles, IL 60714-1387
18043472       +Time Warner Cable,    c/o EOS CCA,   POB 981002,    Boston, MA 02298-1002
18043473       +Tracirfs,   Po Box 210,    Reynoldsburg, OH 43068-0210
18043474       +UCB,   POB 165009,    Columbus, OH 43216-5009
18043475       +United Collection Bureau,    POB 165009,    Columbus, OH 43216-5009
18043476        University Fidelity Corporation,    POB 941911,    Houston, TX 77094-8911
18043477       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
18043479       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
18043481       +World War II CS,    POB 1592,    Minneapolis, MN 55440-1592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: jansingj@altickcorwin.com Aug 26 2016 19:37:04      John G Jansing,
                 One South Main Street,    Suite 1590,    Dayton, OH 45402-2035
ust            +E-mail/Text: ustpregion09.cb.ecf@usdoj.gov Aug 26 2016 19:37:50      Asst US Trustee (Col),
                 Office of the US Trustee,    170 North High Street,    Suite 200,   Columbus, OH 43215-2417
18043410       +EDI: SWCR.COM Aug 26 2016 19:18:00      AT&T Mobility,    c/o Southwest Credit Systems, LP,
                 4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
18043409       +EDI: ACCE.COM Aug 26 2016 19:18:00      Asset Acceptance,    POB 2036,   Warren, MI 48090-2036
```

```
District/off: 0648-2          User: ecksteis              Page 2 of 3                  Date Rcvd: Aug 26, 2016
                              Form ID: a7nflclm           Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18043468       EDI: AISTMBL.COM Aug 26 2016 19:18:00      T-Mobile,    Bankruptcy Dept.,    POB 37380,
                Albuquerque, NM 87176
18043412       EDI: CAPITALONE.COM Aug 26 2016 19:18:00      Capital One Bank,    POB 85617,
                Richmond, VA 23276-0001
18043415      +EDI: AARGON.COM Aug 26 2016 19:18:00      Cashland/ Cash America,    c/o AAI,
                8668 Spring Mountain Road,    Las Vegas, NV 89117-4132
18043421      +E-mail/Text: kebecker@columbus.gov Aug 26 2016 19:37:19       City of Columbus - Dept of Pub Util,
                POB 182882,    Columbus, OH 43218-2882
18043425      +EDI: CMIGROUP.COM Aug 26 2016 19:18:00      Credit Management Lp,    4200 International Pkwy,
                Carrollton, TX 75007-1912
18043427      +EDI: DCI.COM Aug 26 2016 19:18:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                Jacksonville, FL 32256-0596
18043427      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 26 2016 19:39:17       Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
18043428      +EDI: DCI.COM Aug 26 2016 19:18:00      Diversified Consultants Inc,    P O Box 551268,
                Jacksonville, FL 32255-1268
18043428      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 26 2016 19:39:17
                Diversified Consultants Inc,    P O Box 551268,    Jacksonville, FL 32255-1268
18043431      +E-mail/Text: bknotice@erccollections.com Aug 26 2016 19:38:26       Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18043437      +EDI: AMINFOFP.COM Aug 26 2016 19:18:00      First Premier Bank,    POB 5529,
                Sioux Falls, SD 57117-5529
18043438      +EDI: RMSC.COM Aug 26 2016 19:18:00      GE Capital Retail Bank/ Care Credit,    POB 960061,
                Orlando, FL 32896-0061
18043439       EDI: HFC.COM Aug 26 2016 19:18:00      HSBC Card Services,    POB 5222,
                Carol Stream, IL 60197-5222
18043442      +EDI: CHASE.COM Aug 26 2016 19:18:00      JP Morgan Chase,    1111 Polaris Parkway,
                Columbus, OH 43240-2050
18043448       EDI: MID8.COM Aug 26 2016 19:18:00      Midland Funding LLC,    c/o Midland Credit Management,
                Dept 8870,    Los Angeles, CA 90084-8870
18043449      +EDI: NAVIENTFKASMSERV.COM Aug 26 2016 19:18:00      Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
18043450      +E-mail/Text: skakalis@nicfn.com Aug 26 2016 19:37:54      Nicholas Financial Inc,
                2454 Mcmullen Booth Bldg,    Clearwater, FL 33759-1343
18043454       E-mail/Text: bankruptcynoticing@osumc.edu Aug 26 2016 19:39:10       OSU Med Center,    POB 643684,
                Pittsburgh, PA 15264-3684
18043451      +Fax: 614-688-3553 Aug 26 2016 19:44:45      Ohio St University College of Dentistry,
                305 W 12th Avenue,    Columbus, OH 43210-1267
18043453      +EDI: HFC.COM Aug 26 2016 19:18:00      Orchard Bank,    9400 SW Beaverton HIllsdale HY,
                Beaverton, OR 97005-3315
18043456      +EDI: PRA.COM Aug 26 2016 19:18:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
18043457      +E-mail/Text: bankruptcynotices@pch.com Aug 26 2016 19:37:39       Publishers Clearing House,
                P O Box 1276,    Syosset, NY 11791-0430
18043466      +EDI: RMSC.COM Aug 26 2016 19:18:00      Syncb/Care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
18043478      +EDI: VERIZONWIRE.COM Aug 26 2016 19:18:00      Verizon,    POB 25505,
                Lehigh Valley, PA 18002-5505
18043482      +EDI: CMIGROUP.COM Aug 26 2016 19:18:00      WOW Internet & Cable Svcs,
                c/o Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
18043480      +E-mail/Text: BKRMailOps@weltman.com Aug 26 2016 19:38:27      Weltman Weinberg & Reis,
                175 South Third Street,    #900,    Columbus, OH 43215-5166
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18043434*       ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
                (address filed with court:   Ffcc - Columbus,Inc.,    P.O. Box 20790,    Columbus, OH 43220)
18043441       ##+Integrity Solution Services, Inc/ Chase,    POB 11530,    Overland Park, KS 66207-4230
                                                                                                TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0648-2          User: ecksteis            Page 3 of 3              Date Rcvd: Aug 26, 2016
                              Form ID: a7nflclm         Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Frederick M Luper    on behalf of Trustee William B Logan fluper@LNLattorneys.com
              Gregory D Delev    on behalf of Creditor    Columbus State Community College bankruptcy@delevlaw.com
              John G Jansing    on behalf of Creditor    Nicholas Financial, Inc. jansingj@altickcorwin.com
              Louis F Kort    on behalf of Debtor Rudolph V Moore LFKort@aol.com
              Louis F Kort    on behalf of Joint Debtor Charlise D Moore LFKort@aol.com
                                                                                            TOTAL: 6
```